IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CECILE GAMBRELL,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                          Case No. 10-cv-798-wmc

LORI J. SIMON and
CAROL L. BOEHLEIN,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants' motion for summary judgment and dismissing this case without prejudice for plaintiff Cecile Gambrell's failure to exhaust her administrative remedies.

By: _____        8-23-12
      Peter Oppeneer, Clerk of Court                       Date